HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
FRANCISCO DIAZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0310 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME** |
| vs. | |
| FRANCISCO DIAZ-PEREZ, | Date:  November 5, 2013 |
| Defendant. | Time:  9:45 a.m. |
| | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Francisco Diaz-Perez, and plaintiff, United States of America, that the status conference scheduled for November 5, 2013, may be continued to December 3, 2013, at 9:45 a.m.

Mr. Diaz-Perez was arraigned on the indictment in October. Defense counsel has explained the jury trial process to Mr. Diaz-Perez but has yet to have time to review discovery in detail, determine potential sentencing exposure, or determine what investigation is needed.  Accordingly, in order to afford

1  defense counsel adequate time to prepare and to consult with Mr.
2  Diaz-Perez, the parties agree that the interests of justice to
3  be served by a continuance outweigh the best interests of Mr.
4  Diaz-Perez and the public in a speedy trial, and ask the Court
5  to order time under the Speedy Trial Act excluded from the date
6  of this stipulation and order through December 3, 2013, pursuant
7  to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated:  November 1, 2013        /s/ T. Zindel_____  ___
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for FRANCISCO DIAZ-PEREZ


                                      BENJAMIN WAGNER
                                      United States Attorney


Dated:  November 1, 2013        /s/ T. Zindel for P. Hemesath
                                PAUL HEMESATH
                                Assistant U.S. Attorney



**O R D E R**

The status conference is rescheduled for December 3, 2013, at 9:45 a.m.  Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   IT IS SO ORDERED.

Dated:  November 1, 2013        /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge