```
1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy.zindel@fd.org
5  916-498-5700/Fax 916-498-5710

6  Attorney for Defendant
   FRANCISCO DIAZ-PEREZ
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-CR-0310 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS AND** |
| vs. | ) **EXCLUDING TIME** |
|  | ) |
| FRANCISCO DIAZ-PEREZ, | ) |
|  | ) Date:   December 3, 2013 |
| Defendant. | ) Time:   9:45 a.m. |
|  | ) Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Francisco Diaz-Perez, and plaintiff, United States of America, that the status conference scheduled for December 3, 2013, may be continued to January 21, 2014, at 9:45 a.m.

Mr. Diaz-Perez was arraigned on the indictment in October. Defense counsel has reviewed existing discovery with Mr. Diaz-Perez but additional discovery has been requested and defense investigation is planned. Accordingly, in order to afford the parties time to complete discovery and to afford defense counsel

-1-

adequate time to investigate, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Diaz-Perez and the public in a speedy trial, and ask the Court to order time under the Speedy Trial Act excluded from the date of this stipulation and order through January 21, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 22, 2013   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for FRANCISCO DIAZ-PEREZ

BENJAMIN WAGNER
United States Attorney

Dated: November 22, 2013   /s/ T. Zindel for P. Hemesath
PAUL HEMESATH
Assistant U.S. Attorney

**O R D E R**

The status conference is rescheduled for January 21, 2014, at 9:45 a.m. Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 25, 2013   /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge