HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
FRANCISCO DIAZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0310 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME** |
| vs. | |
| FRANCISCO DIAZ-PEREZ, | Date:  January 21, 2014 |
| Defendant. | Time:  9:45 a.m. |
| | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Francisco Diaz-Perez, and plaintiff, United States of America, that the status conference scheduled for January 21, 2013, may be continued to February 25, 2014, at 9:45 a.m.

Defense counsel has reviewed existing discovery with Mr. Diaz-Perez. Defense investigation and research is ongoing. Accordingly, in order to afford the parties time to complete discovery and to afford defense counsel adequate time to investigate, the parties agree that the interests of justice to

-1-

1  be served by a continuance outweigh the best interests of Mr.
2  Diaz-Perez and the public in a speedy trial, and ask the Court
3  to order time under the Speedy Trial Act excluded from the date
4  of this stipulation and order through February 25, 2014,
5  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

6                                   Respectfully submitted,

7                                   HEATHER E. WILLIAMS
                                    Federal Defender
8

9  Dated: January 15, 2014          /s/ T. Zindel_____
                                    TIMOTHY ZINDEL
10                                  Assistant Federal Defender
                                    Attorney for FRANCISCO DIAZ-PEREZ
11

12                                  BENJAMIN WAGNER
                                    United States Attorney
13

14 Dated: January 15, 2014          /s/ T. Zindel for P. Hemesath
                                    PAUL HEMESATH
15                                  Assistant U.S. Attorney

16

17                       **O R D E R**

18     The status conference is rescheduled for February 25, 2014,
19 at 9:45 a.m.  Time under the Speedy Trial Act is excluded
20 through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and
21 (B)(iv), the Court finding that the ends of justice to be served
22 by a continuance outweigh the best interests of the public and
23 the defendant in a speedy trial.
24     IT IS SO ORDERED.
25 Dated: January 15, 2014          /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
26                                  United States District Court Judge
27
28