```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
FRANCISCO DIAZ-PEREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0310 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME** |
| vs. | |
| FRANCISCO DIAZ-PEREZ, | Date:  February 25, 2014 |
| Defendant. | Time:  9:45 a.m. |
| | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Francisco Diaz-Perez, and plaintiff, United States of America, that the status conference scheduled for February 25, 2014, may be continued to March 25, 2014, at 9:45 a.m.

Defense counsel has reviewed existing discovery with Mr. Diaz-Perez. Defense investigation and research is ongoing. Accordingly, in order to afford the parties time to complete discovery and to afford defense counsel adequate time to investigate, the parties agree that the interests of justice to

be served by a continuance outweigh the best interests of Mr. Diaz-Perez and the public in a speedy trial, and ask the Court to order time under the Speedy Trial Act excluded from the date of this stipulation and order through March 25, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                  Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Dated:  February 21, 2014    /s/ T. Zindel_____   ___
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for FRANCISCO DIAZ-PEREZ

                                  BENJAMIN WAGNER
                                  United States Attorney

Dated:  February 21, 2014    /s/ T. Zindel for P. Hemesath
                                  PAUL HEMESATH
                                  Assistant U.S. Attorney

**O R D E R**

    The status conference is rescheduled for March 25, 2014, at 9:45 a.m.  Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated:  February 21, 2014    /s/ John A. Mendez_____
                                  HON. JOHN A. MENDEZ
                                  United States District Court Judge