```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
FRANCISCO DIAZ-PEREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br>              vs.                )<br>                                 )<br>                                 )<br>FRANCISCO DIAZ-PEREZ,            )<br>                                 )<br>         Defendant.              )<br>_____) | Case No. 2:13-CR-0310 JAM<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS AND**<br>**EXCLUDING TIME**<br><br>Date:   March 25, 2014<br>Time:   9:45 a.m.<br>Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Francisco Diaz-Perez, and plaintiff, United States of America, that the status conference scheduled for March 25, 2014, may be continued to May 6, 2014, at 9:45 a.m.

Defense counsel has reviewed existing discovery with Mr. Diaz-Perez and is preparing to file a motion to suppress evidence, which counsel hopes will be head in May. Defense investigation and research is ongoing. Accordingly, in order to afford the parties time to complete their investigation and to

1  afford defense counsel adequate time to investigate, the parties
2  agree that the interests of justice to be served by a
3  continuance outweigh the best interests of Mr. Diaz-Perez and
4  the public in a speedy trial, and ask the Court to order time
5  under the Speedy Trial Act excluded from the date of this
6  stipulation and order through May 6, 2014, pursuant to 18 U.S.C.
7  § 3161(h)(7)(A) and (b)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  March 21, 2014        /s/ T. Zindel_____
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for FRANCISCO DIAZ-PEREZ


                              BENJAMIN WAGNER
                              United States Attorney

Dated:  March 21, 2014        /s/ T. Zindel for P. Hemesath
                              PAUL HEMESATH
                              Assistant U.S. Attorney


**O R D E R**

The status conference is rescheduled for May 6, 2014, at 9:45 a.m.  Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  March 21, 2014        /s/ John A. Mendez_____
                              HON. JOHN A. MENDEZ
                              United States District Court Judge