BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCSICO DIAZ-PEREZ,<br><br>Defendants. | CASE NO.  2:13-CR-310 JAM<br><br>STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE<br><br>DATE: May 13, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Paul Hemesath, Assistant United States Attorney, and attorney for plaintiff, and Timothy Zindel, attorney for defendant FRANCSICO DIAZ-PEREZ that the previously-noticed hearing date of May 13, 2014, be vacated and the matter re-scheduled for June 17, 2014, at 9:30 a.m.  The parties further stipulate that the government's response brief shall be due on May 21, 2014, and the defendant's reply shall be due on June 10, 2014.

The parties further request that time be excluded from April 11, 2014, (the day that defendant filed the instant motion to suppress evidence), pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion).  The parties agree that there is a sufficient factual basis for such exclusion, and that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

STIPULATION AND PROPOSED ORDER         1

These requests are made jointly by the government and defense.

IT IS SO STIPULATED.

Dated: May 2, 2014    BENJAMIN B. WAGNER
United States Attorney

/s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

Dated: May 2, 2014    /s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant

**ORDER**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for May 13, 2014, shall be re-scheduled to June 17, 2014 at 9:30 a.m.  The government's response brief shall be due on May 21, 2014, and the defendant's reply shall be due on June 10, 2014.

The Court further finds that, as a result of defendant's motion, a sufficient factual basis exists to exclude time under the Speedy Trial act pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion), and further, that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: 5/2/2014

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE